## THE BEN FRANKLIN INSURANCE COMPANY

### V.

### WILLIAM SCHROEDER.

STATEMENT.—This case is like the preceding case of Hekla Insurance Co. v. Schroeder, and reversed for same reasons.

APPEAL from the Circuit Court of Cook county; the Hon. ELLIOTT ANTHONY, of the Superior Court, sitting as Circuit Judge, presiding. Opinion filed November 29, 1881.

Messrs. MOORE & PEET, for appellant.

Messrs. JUSSEN & ANDERSON, for appellee.

BAILEY, J. The material facts in this case are precisely identical with those appearing in Schroeder v. The Hekla Ins. Co. *Ante*, 470. For the reasons stated in the opinions in that case, the judgment will be reversed and the cause remanded.

Judgment reversed.